JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&SM, INT'L, a South Korea Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JOLLYCHIC, INC., a California Corporation; HAIYAN LI, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-03510-MWF-JEM<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Michael W. Fitzgerald |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party. Each party shall bear their own costs and attorney fees.

IT IS SO ORDERED.

Dated: May 21, 2019

_____
The Honorable Michael W. Fitzgerald
United Stated District Court Judge